■ CECILE HYMAN, Respondent, v. RICHARD HYMAN, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ PAULINE STARK, Respondent-Appellant, v. LOUIS STARK, Appellant-Respondent.— Orders unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ PAULINE STARK, Respondent-Appellant, v. LOUIS STARK, Appellant-Respondent.— Order unanimously modified so as to increase judgment to the sum of $1,610, with costs, and as so modified affirmed, and the county clerk of the County of New York is directed to correct the docket of said judgment accordingly. Upon the record before this court the plaintiff is entitled to this relief. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ LOUIS BLUM, Respondent, v. LEONARD L. ROTHSTEIN, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ ELISE TAYLOR, Appellant, v. ANTHONY D. DUKE et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ AMY P. STATTER v. HUMPHREY STATTER.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ. [See ante, p. 81.]

■ In the Matter of the Estate of HUGO ZIETZ, SR., Deceased. In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. In the Matter of the Estate of HEDWIG ZIETZ, Deceased. MADELEINE ZIETZ nee HALMOS, Appellant; WILLY ZIETZ, as Ancillary Administrator of the Estate of HUGO ZIETZ, SR., Deceased, as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, and as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See ante, p. 667.]

■ LASKER-GOLDMAN CORPORATION et al., v. JOHN KLEINHANS, Doing Business as INTERBORO COMPANY, et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 668.]

■ A. S. RAMPELL, INC., v. HYSTER COMPANY et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 739.]

■ SYLVIA GLUCKSTERN v. PHILIP GLUCKSTERN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 744, No. 4.]

■ BANNER PROPERTIES, INC., on Behalf of Itself and All Other Property Owners of Luxury Apartment Housing in the City of New York Similarly Situated, Appellant, v. CHARLES ABRAMS, as State Rent Administrator et al., Respondents, and JACOB K. JAVITS, as Attorney-General of the State of New York, Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See ante, p. 666.]

■ In the Matter of the Arbitration between JERRY DeNICOLA, Appellant, and DAMON POLCINI et al., Copartners Doing Business as LEADING JEWELRY MANUFACTURING CO., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See ante, p. 675.]